UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| PAINTERS DISTRICT COUNCIL NO. 2, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 4:08-CV-37 (CEJ) |
| DKW CONSTRUCTION CO., INC., | ) ) ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

On December 24, 2008, the Missouri Supreme Court issued an order, disbarring defendant's attorney, Lyell H. Champagne. See In re: Lyell H. Champagne, No. 4:09-mc-70 (CEJ). In an order dated April 27, 2009, the Court disbarred Mr. Champagne from practicing before the United States District Court for the Eastern District of Missouri.

The law does not allow a corporation to represent itself in a civil action. Ackra Direct Mktg. Corp. v. Fingerhut Corp., 86 F.3d 852, 857 (8th Cir. 1996). Therefore, defendant cannot file motions or pleadings on its own behalf and no such documents will be accepted by the Court. In order to continue to defend itself in this action, the defendant will be required to obtain a new, licensed attorney. The defendant will be given a reasonable amount of time in which to do this.

Mr. Champagne will be withdrawn as the attorney for the defendant. A copy of this Order will be sent to the defendant's registered agent at the address shown in the summons and in the return of service.

Accordingly,

**IT IS HEREBY ORDERED** that defendant shall have until **July 30, 2009**, to retain an attorney and to have that attorney file an entry of appearance.

IT IS FURTHER ORDERED that Lyell H. Champagne is **withdrawn** as counsel for the defendant.

IT IS FURTHER ORDERED that the Clerk of Court shall mail a copy of this Order to the defendant as follows:

> Dorrie K. Wise, Registered Agent
> DKW Construction Co., Inc.
> 303 North Union
> Suite 200
> St. Louis Missouri 63108

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 26th day of June, 2009.